No. 04–1545. JOHNSON *v.* FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–1546. BOSCH *v.* CITY OF BISMARCK, NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 04–1559. RATES TECHNOLOGY INC. *v.* NORTEL NETWORKS CORP. C. A. Fed. Cir. Certiorari denied.

No. 04–1562. MANGO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–1567. MOSKOWITZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–1570. SUBRAMANIAN *v.* QAD INC. ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1584. FRYE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5659. FEARS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 04–5960. ASH *v.* ASH ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8306. ROOT *v.* PAYNE, SUPERINTENDENT, McNEIL ISLAND CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 04–8459. CURRIE *v.* CORSINI, SUPERINTENDENT, BAY STATE CORRECTIONAL CENTER, ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–8762. HALL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–8773. LEE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–8982. DYSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.